June 1, 2006

# DISTRICT COUNT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
(415) 556-9920

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CV-02-00384-SPK
**Appeal Number:** 03-15615
**Short Title:** Kuamoo v. USA

RECEIVED
CLERK U.S. DISTRICT COURT
JUN 0 6 2006
DISTRICT OF HAWAII

Volumes

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Clerk's Records in: | 1 | | | 0 | Certified Copy(ies) | | |
| Reporters Transcripts in: | 0 | | | 0 | Certified Copy(ies) | | |
| Exhibits in: | 0 | Envelopes | | 0 | Under Seal | | |
| | 0 | Boxes | | 0 | Under Seal | | |
| | 0 | Volumes | Volume 0 | of record | 0 | Under Seal | |
| State Lodged Docs in: | 0 | Envelopes | 0 Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | |
| Bulky Documents in: | 0 | Envelopes | 0 Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | |

Other:

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.